UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON, ) | CASE NO. CV 09-2702-DDP (PJW) |
| ) | |
| Petitioner, ) | |
| ) | ORDER ACCEPTING REPORT AND |
| v. ) | ADOPTING FINDINGS, CONCLUSIONS, |
| ) | AND RECOMMENDATIONS OF UNITED |
| MATTHEW CATE, CDCR SECRETARY, ) | STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:  April 7, 2010.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd