UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON, ) | CASE NO. CV 09-2702-DDP (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| MATTHEW CATE, CDCR SECRETARY, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     April 7, 2010.

```
                                      DEAN D. PREGERSON
                                      UNITED STATES DISTRICT JUDGE
```

C:\Temp\notesE1EF34\Judgment.wpd